## 2815. LAWRENCE *v.* GEORGIA RAILWAY & ELECTRIC CO.

RUSSELL, J. 1. When a petition sets forth specific allegations of negligence, but also includes a general allegation of negligence, the specific will be considered as amplification of the general, and the plaintiff's right of recovery depends upon the establishment of negligence on one

or more of the specific particulars alleged. *Palmer Brick Co.* v. *Chenall*, 119 *Ga.* 837 (6), (47 S. E. 329).

2. When a petition asserting a right of action for personal injuries makes two particular and distinct specifications of negligence, and follows these with the words, "and in causing the accidents and injuries to plaintiff under the facts and circumstances heretofore alleged," this language should be treated as a mere general allegation of negligence within the purview of the rule stated in the foregoing headnote. *Harris* v. *Southern Ry. Co.*, 129 *Ga.* 388, 391 (58 S. E. 873).

*Judgment affirmed.*

DECIDED JUNE 7, 1911.

Action for damages; from city court of Atlanta—Judge Reid. June 24, 1910.

*Anderson, Felder, Rountree & Wilson,* for plaintiff.

*Colquitt & Conyers,* for defendant.